UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
In re:                                :    Chapter 11
                                      :
Benjamin Jack Douek,                  :    Case No.:
                                      :
            Debtor.                   :
                                      :
------------------------------------- x

**DECLARATION OF BENJAMIN JACK DOUEK IN
SUPPORT OF RULE 1007 AND FIRST DAY MOTIONS**

Benjamin Jack Douek hereby declares under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Debtor in this Chapter 11 case.

2. I submit this declaration in support of the Debtors' Chapter 11 petition, and to provide general information to the court of the events leading to the filing of the Chapter 11, and the strategy which the Debtors intend to follow during this proceeding.

3. I reside at 14 Hillview Drive, Scarsdale, New York 10583 (the "Residence"). The Residence is subject to a Mortgage and Promissory Note in favor of Wells Fargo Financial Credit Services New York, Inc.

4. The filing is precipitated by the imminent Foreclosure Sale of the Residence scheduled for June 22, 2017 at 10:00 a.m.

Dated June ___, 2017

_____
Benjamin Jack Douek